# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**United States of America**

**N O T I C E**

    vs

Case Number **2: 11-cr-230 (1)**
**Judge Norah McCann King**

**Jerome Rabinowitz**

**[ X ] TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:Joseph P Kinneary U.S. Courthouse**
    **85 Marconi Boulevard, Rm 228**
    **Columbus, Ohio  43215**　　**October 11, 2011 @ 2:30 p.m.**

Type of Proceeding:　　**Arraignment on Indictment**

**Norah M<sup>c</sup>Cann King**
**United States Magistrate Judge**
**(614) 719-3390**

_s/Karen J. Mitchell_____
Date:  **September 22, 2011**　　(By) Karen J. Mitchell/Courtroom Deputy
(614) 719-3026

To:

    **See electronic notice for counsel served**

    **Please call Karen J. Mitchell  (614-719-3026) if any counsel or parties have been omitted.**