United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                               Case No. 2:11-cr-230 (1)

Jerome Rabinowitz
aka
Jerry Roth

## COURTROOM MINUTES
### ARRAIGNMENT on Indictment

|  | U.S. Magistrate Judge Norah McCann King | Date: | 10/11/2011 @ 2:30 p.m. |
|---|---|---|---|
| **Deputy Clerk** | Karen J. Mitchell | **Counsel for Govt:** | J. Michael Marous |
| **Court Reporter** | Gina Wells | **Counsel for Deft(s):** | Aaron M. Goldsmith<br>George Luther |
| **Interpreter** |  | **Pretrial/Probation:** |  |
| **Log In** | 2:44 pm | **Log Out** | 3:05 pm |

An arraignment was held as to Jerome Rabinowitz aka Jerry Roth

The defendant pled not guilty to Counts 1-21 (mail fraud)
The defendant pled not guilty to Counts 22-24 (money laundering)
The defendant pled not guilty to Counts 25-33 (wire fraud)

A scheduling order was provided to counsel - trial set for November 28, 2011

OR Bond continued.