# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

-------------------------------------------------------
UNITED STATES OF AMERICA             :        Hon. Gregory L. Frost, USDJ
                                     :
                                     :
           vs.                       :        Docket No.: **11 Cr 230 (JLG)**
                                     :
JEROME RABINOWITZ,                   :
                                     :
           Defendant.                :
-------------------------------------------------------

## MOTION FOR MODIFICATION OF PRE-TRIAL RELEASE CONDITIONS

1.    I, Aaron M. Goldsmith, Esq., am the Attorney-of-Record for Defendant RABINOWITZ in the above-captioned matter and have been admitted to the Bar of the Southern District of Ohio, *Pro Hac Vice*, by this Court's Order, dated October 11, 2011.

2.    It is respectfully requested that the Court grant a Modification of the Pre-Trial Release Conditions of Defendant RABINOWITZ.

3.    Currently, Mr. Rabinowitz must report personally in the United States Pre-Trial Services office located in the Courthouse in Central Islip, New York bi-weekly.  Mr. Rabinowitz lives in Great Neck, New York.  The distance is approximately 120 miles round-trip and the travel time is extensive.

4.    Annexed hereto as Exhibit "A" are two (2) letters from Mr. Rabinowitz' treating physicians, Doctors Goodman and Edelstein, describing the negative health effects of the travel and requesting that Mr. Rabinowitz be permitted to report to Probation by telephone.  Exhibit "A" will be forwarded in the Courtesy hard-copy but not electronically filed due to its protected nature under HIPAA.

5. I have informed AUSA Michael Marous of the instant application and he has informed me that the Government takes no position in regards hereto.

6. The Government will suffer no prejudice and the telephone reporting will not compromise Mr. Rabinowitz' ability to appear before this Court in March.

7. Accordingly, it is respectfully requested that this Court Order the modification of Mr. Rabinowitz' pre-trial release conditions to permit his reporting to Pre-Trial Services by telephone; and for such other and further relief as this Court deems just and proper.

WHEREFORE, it is respectfully requested that this Motion be granted, modifying the Pre-Trial Release Conditions of Defendant JEROME RABINOWITZ and permitting him to report to Pre-Trial Services via telephone; and for such other and further relief as this Court deems just and proper.


Dated: December 22, 2011
New York, NY

*Aaron M. Goldsmith*
_____
AARON M. GOLDSMITH, ESQ. (PHV002)
Attorney for Defendant RABINOWITZ
225 Broadway, Suite 715
New York, NY 10007
(212) 566-6212 (ofc)
(914) 588-2679 (cell)
(212) 566-8165 (fax)

TO:
US ATTORNEY'S OFFICE, S.D.OHIO
Attn.: Michael Marous, AUSA
303 Marconi Blvd., Suite 200
Columbus, OH 43215
(614) 469-5715
(614) 469-5653 (fax)

## **CERTIFICATION OF ELECTRONIC MAILING**

       This is to certify that a copy of the foregoing was sent via electronic means this 22ND day of December, 2011, in compliance with the local rules of practice and procedure, to the person(s) and/or entities as listed below.

       US ATTORNEY'S OFFICE, S.D.OHIO
       Attn.: Michael Marous, AUSA
       303 Marconi Blvd., Suite 200
       Columbus, OH 43215
       Mike.marous@usdoj.gov

       This being the above-referenced part(ies) physical and electronic address(es) of record.

Dated: December 22, 2011
       New York, NY

*Aaron M. Goldsmith*
_____
AARON M. GOLDSMITH, ESQ. (PHV002)