**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

                                                        **Case No. CR2-11-230**
v.                                                **Judge Gregory L. Frost**

**JEROME RABINOWITZ,**

      **Defendant.**

**ORDER**

This matter came on for a jury trial this 6th day of August, 2012 through the 17th day of August, 2012. The jury was duly empaneled and sworn. Testimony was taken and evidence admitted. After due deliberations, the jury returned verdicts and additional findings, as well as special verdicts on the forfeiture issues. The verdicts, additional findings, and special verdicts returned were as follows:

    Count 1:     Not Guilty of Mail Fraud
    Count 2:     Not Guilty of Mail Fraud
    Count 3:     Not Guilty of Mail Fraud
    Count 4:     Not Guilty of Mail Fraud
    Count 5:     Not Guilty of Mail Fraud
    Count 6:     Guilty of Mail Fraud; Amount of Loss - $6,328.20
    Count 7:     Not Guilty of Mail Fraud
    Count 8:     Guilty of Mail Fraud; Amount of Loss - $1,583.04
    Count 9:     Guilty of Mail Fraud; Amount of Loss - $2,153.98
    Count 10:    Guilty of Mail Fraud; Amount of Loss - $2,115.75
    Count 11:    Guilty of Mail Fraud; Amount of Loss - $1,593.99
    Count 12:    Guilty of Mail Fraud; Amount of Loss - $1,332.06
    Count 13:    Guilty of Mail Fraud; Amount of Loss - $1,049.84
    Count 14:    Guilty of Mail Fraud; Amount of Loss - $13,267.50
    Count 15:    Not Guilty of Mail Fraud

Count 16:	Guilty of Mail Fraud; Amount of Loss - $9,074.42
Count 17:	Guilty of Mail Fraud; Amount of Loss - $18,062.83
Count 18:	Guilty of Mail Fraud; Amount of Loss - $12,238.50
Count 19:	Guilty of Mail Fraud; Amount of Loss - $7,512.20
Count 20:	Guilty of Mail Fraud; Amount of Loss - $7,064.50
Count 21:	Guilty of Mail Fraud; Amount of Loss - $2,864.81
Count 22:	Guilty of Mail Fraud; Amount of Loss - $13,750.65
Count 23:	Guilty of Mail Fraud; Amount of Loss - $1,154.19
Count 24:	Guilty of Mail Fraud; Amount of Loss - $9,600.00
Count 25:	Guilty of Mail Fraud; Amount of Loss - $6,370.00
Count 26:	Guilty of Mail Fraud; Amount of Loss - $17,565.61
Count 27:	Guilty of Mail Fraud; Amount of Loss - $1,451.98
Count 28:	Guilty of Mail Fraud; Amount of Loss - $3,017.50
Count 29:	Guilty of Mail Fraud; Amount of Loss - $2,747.18
Count 30:	Guilty of Mail Fraud; Amount of Loss - $19,655.24
Count 31:	Guilty of Mail Fraud; Amount of Loss - $3,369.22
Count 32:	Guilty of Mail Fraud; Amount of Loss - $38,710.00
Count 33:	Guilty of Money Laundering
Count 34:	Guilty of Money Laundering
Count 35:	Guilty of Money Laundering
Count 36:	Guilty of Wire Fraud; Amount of Loss - $57,855.00
Count 37:	Guilty of Wire Fraud; Amount of Loss - $2,135.00
Count 38:	Guilty of Wire Fraud; Amount of Loss - $7,182.00
Count 39:	Guilty of Wire Fraud; Amount of Loss - $21,175.00
Count 40:	Guilty of Wire Fraud; Amount of Loss - $3,762.50
Count 41:	Guilty of Wire Fraud; Amount of Loss - $4,631.25
Count 42:	Guilty of Wire Fraud; Amount of Loss - $5,582.50
Count 43:	Guilty of Wire Fraud; Amount of Loss - $42,744.00
Count 44:	Guilty of Wire Fraud; Amount of Loss - $7,585.00
Count 45:	Guilty of Making False Claims; Amount of Intended Loss - $2,979.00
Count 46:	Guilty of Making False Claims; Amount of Intended Loss - $3,305.25
Forfeiture A:	$354,877.80 is subject to forfeiture
Forfeiture B:	The Cartier 5.29 carat diamond ring is subject to forfeiture

The Court accepts the verdicts, additional findings regarding amount of loss and intended amount of loss, as well as the special verdicts regarding the forfeiture of money and the diamond ring.

After arguments were presented regarding detention, Defendant was ordered to be held without bail pending sentencing.

The Court will schedule a sentencing hearing in this matter once the Court has received and reviewed the pre-sentence report.

IT IS SO ORDERED.

    /s/   Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE