IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| United States of America | |
| Plaintiff | **NOTICE** |
| vs. | Case No. CR2-11-230 |
| Jerome Rabinowitz | JUDGE FROST |
| Defendant | |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:   United States District Court           **COURTROOM # 5**
         Joseph P. Kinneary U.S. Courthouse
         85 Marconi Boulevard                   **DECEMBER 7, 2012 @ 8:30 A.M.**
         Columbus, Ohio 43215

TYPE OF PROCEEDING: **SENTENCING HEARING**

                                            GREGORY L. FROST
                                            UNITED STATES DISTRICT JUDGE

DATE:   December 4, 2012

                                              /s /   Scott Miller
                                            (By) Scott Miller, Deputy Clerk


To: Mike Marous, Esq. 303 Marconi Blvd., 2nd Floor, Columbus, OH 43215
    Aaron Goldsmith, Esq., 225 Broadway, Suite 715, New York, NY 10007
    United States Marshal's Office
    United States Pretrial Services
    United States Probation