CRIMINAL MINUTES
12/7/12 SENTENCING HEARING
CR2-11-230, USA V. JEROME RABINOWITZ

AUSA: MIKE MAROUS
DEFENSE COUNSEL: AARON GOLDSMITH
COURT REPORTER: DENISE ERRETT
COURTROOM DEPUTY: SCOTT MILLER

Defendant sentenced to 48 months imprisonment on Counts 6, 8-14 and 16-46 to be served concurrently with each other.
Upon release from imprisonment, the defendant shall be placed on Supervised Release for a period of 3 years on Counts 6, 8-14 and 16-46 to be served concurrently with each other.
Fine of $25,000.00 is imposed.
Restitution is ordered in the amount of $ 492,024.53 to the victim of the offenses.
Special Assessment of $3,900.00 is applied.
The contents outlined in Forfeiture A and B is forfeited to the government.
Defendant remanded to USMS.